**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**AT ASHLAND**

**EUGENE ADKINS,**

    **Plaintiff,**

                      **CIVIL NO.   0:13-cv-00136-HRW**

**v.**                          **[Filed Electronically]**

**MARIO PALERMO,**

    **Defendant.**

**NOTICE OF APPEAL OF**
**PLAINTIFF EUGENE ADKINS**

Notice is hereby given that Plaintiff Eugene Adkins hereby appeals to the United States Court of Appeals for the Sixth Circuit, from the decision and order of the District Court dated September 11, 2014 (doc. No. 19 and 20), granting summary judgment against him and in favor of Defendant Mario Palermo and dismissing his claims against Defendant Mario Palermo.

                                          /s/ *Joseph E. Conley, Jr.*
                                          Joseph E. Conley, Jr.   (Ky. No. 14065)
                                          Raines, Buechel, Conley, & Dusing P.L.L.C.
                                          6900 Houston Rd., Suite 43
                                          Florence, Ky.   41042
                                          859-578-6604
                                          jconley@rbcdlaw.com
                                          Attorney for Plaintiff Eugene Adkins

**CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing pleading will be served on all counsel through the Court's ECF system.

  Dated: October 14, 2014.

        /s/ *Joseph E. Conley, Jr.*
        Joseph E. Conley, Jr. (Ky. No. 14065)